**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1458**

———————

DENNIS BAILEY,

                              Plaintiff - Appellant,

       versus

ANNE ARUNDEL COUNTY, MARYLAND,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-01-4044-H)

———————

Submitted:  November 19, 2003      Decided:  December 3, 2003

———————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Dennis Bailey, Appellant Pro Se.  William Davidson Evans, Jr.,
Senior Assistant County Attorney, Annapolis, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dennis Bailey appeals the district court's order granting Anne Arundel County's motion for summary judgment and denying relief on his discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bailey v. Anne Arundel County, No. CA-01-4044-H (D. Md. Mar. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED